UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| GIANCARLO MONDRAGON, | ) SA CV 10-00029-VAP (SH) |
| | ) JUDGMENT |
| Petitioner, | ) |
| v. | ) |
| FERNANDO GONZALEZ, Warden, | ) |
| Respondent. | ) |

    IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and the action is dismissed with prejudice.

DATED:   September 29, 2011

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE